UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MONIQUE RAQUEL YBARRA, a/ka MONICA L. POSEY,<br>JERRY L POSEY, JR.,<br>JAMIE GRIFFIN,<br>ASHLEIGH DOTSON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:22-cv-01741-MPB-MKK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REPORT AND RECCOMENDATION

On July 2, 2024, *pro se* Defendants Ybarra, Griffin, and Dotson appeared before the Court for a telephonic status conference. Ms. Lauren Posey, the surviving spouse of Defendant Jerry L. Posey, Jr., also appeared *pro se*. (Ms. Posey indicated that she filed a motion to substitute herself for Defendant Posey, Jr., (*see* Dkts. 48, 49), on June 13 or 14, 2024, but said motion does not appear on the docket.)

This case involves a dispute over the disbursement of four insurance policies. (Dkt. 1). Plaintiff Prudential Insurance Company of America deposited the contested proceeds, which total approximately $72,436.83, with the Court. (Dkts. 24, 25, 26, 27). The question remaining in this litigation is to whom the proceeds should be distributed.

Over the course of the last year, the Court has had numerous conferences and settlement discussions with the parties. (*See* Dkts. 36, 43, 44, 45, 46, 48, 49, 51). At

the July 2, 2024, conference, the Court continued its discussion (on the record) regarding the possibility of a negotiated settlement. Following this dialogue, all three defendants and Ms. Posey (collectively, "the Parties") reached an agreement. The Parties have agreed to split the proceeds of the disputed policies evenly (*i.e.*, four ways) between: Defendant Ybarra, Defendant Griffin, Defendant Dotson, and Ms. Posey (as the surviving spouse of Defendant Posey, Jr.). The parties further agreed to an even split of any fees or costs associated with final disposition of the case. (The undersigned is unaware of any such costs or fees but includes this provision of the Parties' agreement to memorialize the Parties' agreement in its entirety.)

Based on the Parties' negotiated settlement, the undersigned recommends to the Honorable Matthew P. Brookman that judgment should issue in this case, and that said judgment should direct the funds being held by the Court be distributed evenly among Defendant Ybarra, Defendant Griffin, Defendant Dotson, and Ms. Lauren Posey. The undersigned further recommends that each party shall be responsible for his or her costs in litigating this matter.

Any objections to the Magistrate Judge's Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

Date: 07/02/2024

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

MONICA L YBARRA
14144 Blue Heron Drive
Carmel, IN 46033

Lauren Posey
1423 Iron Trail West
Indianapolis, IN 46234

JAMIE GRIFFIN
1208 Nicole Street
Apt. #2210
Fort Worth, TX 76120

ASHLEIGH DOTSON
14120 Molly Berry Road
Brandywine, MD 40613

Kimberly E. Howard
FISHER MAAS HOWARD LLOYD & WHEELER, P.C.
khoward@fishermaas.com