UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:22-cv-01741-MPB-MKK ) |
| MONIQUE RAQUEL YBARRA a/k/a MONICA L YBARRA a/k/a MONIQUE YBARRA a/ka MONICA L. POSEY, JERRY L POSEY, JR., JAMIE GRIFFIN, ASHLEIGH DOTSON, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation (Docket No. 54) recommending that the funds being held by the Court be distributed evenly among Defendant Ybarra, Defendant Griffin, Defendant Dotson, and Ms. Lauren Posey and that each Defendant be responsible for his or her costs in litigating this matter, and with no objections filed in the fourteen days after service, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation. (Docket No. 54). The **CLERK is hereby directed** to disburse checks in four equal portions and send by certified mail to each of the named parties at the mailing addresses listed on the docket. Final Judgment shall issue by separate order.

IT IS SO ORDERED.

Dated: July 18, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

MONIQUE RAQUEL YBARRA
14144 Blue Heron Drive
Carmel, IN 46033

LAUREN POSEY
1423 Iron Trail West
Indianapolis, IN 46234

JAMIE GRIFFIN
1208 Nicole Street
#2210
Fort Worth, TX 76120

ASHLEIGH DOTSON
14120 Molly Berry Road
Brandywine, MD 40613

Kimberly E. Howard
FISHER MAAS HOWARD LLOYD & WHEELER, P.C.
khoward@fishermaas.com

Finance Office